UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE DEL-ORDEN, *on behalf of himself and all others similarly situated*,

    Plaintiff,

-against-

OUTBACK STEAKHOUSE OF FLORIDA, LLC.

    Defendant.

---

16 CV 2319

**STIPULATION EXTENDING DEFENDANTS TIME TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above captioned action, acting by means of their respective counsel, that the time for Defendants to answer, move or otherwise respond with respect to the Complaint in the above matter is hereby extended through and including June 30, 2016. There has been no previous request for an extension of time.

IT IS FURTHER STIPULATED AND AGREED, that Defendants also agree to (i) consent to the jurisdiction of the Court, (ii) waive all defenses to invalid service of process and (iii) accept service of the Complaint and all amendments thereon.

For the Defendant:

By: _____
Mark Heilig, Esq.
Bloomin' Brands, Inc.
2202 N. West Shore Blvd., Suite 500
Tampa, FL 33607
Telephone: (813) 282-1225
markheilig@BloominBrands.com

Date: MAY 24, 2016

SO ORDERED

_____
J. PAUL OETKEN
United States District Judge

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, New York 10016
Telephone: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

Date: May 24, 2016

May 27, 2016
Dated